```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**KEVIN WAYNE DAVIS,**

  Movant,

v.               Civil No. 2:18-cv-01196
                 Criminal No. 2:15-cr-00119

**UNITED STATES OF AMERICA,**

  Respondent.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Omar J. Aboulhosn, entered on September 16, 2020; and the Magistrate Judge having recommended that the court deny the movant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody," and thus dismiss the matter; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the Magistrate Judge be, and they hereby are, adopted by the court and incorporated herein.

It is, therefore, ORDERED that this case be, and it hereby is, dismissed.

The Clerk is directed to transmit copies of this memorandum opinion and order to the movant, all counsel of record, and the United States Magistrate Judge.

ENTER: April 26, 2021

John T. Copenhaver, Jr.
Senior United States District Judge